IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harvey, Paul

Printed: 4/15/08

Case Number: 07 B 18961
Judge: Hollis, Pamela S
Filed: 10/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 3, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 2. | Midfirst Bank | Secured | 10,400.00 | 0.00 |
| 3. | Capital One | Unsecured | 1,869.08 | 0.00 |
| 4. | Regional Acceptance | Secured |  | No Claim Filed |
| 5. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 6. | Bryan Tiller | Priority |  | No Claim Filed |
|  |  |  | $ 12,269.08 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate         Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____